

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. **'23 MJ01859** |
| Plaintiff, ) | |
| ) | **COMPLAINT FOR VIOLATION OF:** |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| Victor David RODRIGUEZ, ) | Attempted Entry after Deportation |
| ) | |
| Defendant. ) | |

The undersigned complainant, being duly sworn states:

On or about May 25, 2023 within the Southern District of California, Defendant Victor David RODRIGUEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the Otay Mesa, California Port of Entry, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the Defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Adriana A. Burns, CBP Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 26th of May 2023.

HON. ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE

PROBABLE CAUSE STATEMENT

On May 25, 2023, at approximately 7:44 A.M., Victor David RODRIGUEZ (Defendant), applied for admission into the United States from Mexico via the Otay Mesa, California Port of Entry pedestrian primary lanes. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant orally claimed to be a United States citizen going to Stockton, California. Defendant said he last entered the United States approximately four to five months ago. The CBP Officer elected to refer Defendant to secondary for further inspection.

In secondary, Defendant true identity was ascertained. Defendant was searched by fingerprint and photograph submission through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). IDENT and IAFIS returned a match to the query linking Defendant to Federal Bureau of Investigation (FBI) and Department of Homeland Security (DHS) records. DHS records identified Defendant as a citizen of Mexico and a previously deported alien.

Further DHS records confirmed Defendant is a citizen of Mexico without documents or entitlements to enter the United States. DHS records revealed Defendant was ordered removed from the United States to Mexico by an Immigration Judge on or about April 11, 2018, and subsequently physically removed from the United States to Mexico on or about April 12, 2018, via San Ysidro, California. Defendant was last physically removed from the United States to Mexico on or about February 22, 2023, via Alexandria, Louisiana pursuant to a Reinstatement of Deport Order. DHS records contain no evidence Defendant has applied for or received permission from the Attorney General of the United States or his designated successor, the Secretary of the Department Homeland Security, to legally re-enter the United States.

At approximately 11:13 A.M., during a video-recorded interview, Defendant was advised of his Miranda rights and elected to make a statement. Defendant admitted he is a citizen of Mexico without documents to enter, pass through or reside in the United States. Defendant stated he is aware it is against the law to attempt to enter the United States without lawful documents. Defendant admitted to having been previously removed from the United States to Mexico by an Immigration Judge.